UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

DINAH MACHELLE BARRINGTON,       )
                                 )
        Plaintiff,               )
                                 )
        v.                       )   Case No.: 3:13-cv-1298
                                 )   District Judge Nixon
CAROLYN W. COLVIN,               )   Magistrate Judge Brown
Commissioner of Social Security )
                                 )
        Defendant.               )

**O R D E R**

The Plaintiff has filed a response to the Court's Order to Show Cause in this matter (Docket Entry 21). The Court will construe the response as Plaintiff's Motion for Judgment on the Administrative Record. Accordingly, the Government is directed to file a brief in response to the motion within twenty eight (28) days of service of the motion. The Plaintiff will have fourteen (14) days after service of the Defendant's response to file a reply brief, not to exceed ten (10) pages.

It is so **ORDERED.**

 /s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge